```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 03429
   JOHN L LAFLEUR
   TAMMI J LAFLEUR                              CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-1848    SSN XXX-XX-0554
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/02/05 and confirmed on 06/07/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 46043.50 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 14589.66 | 2854.88 | 14589.66 |
| INTERNAL REVENUE SERVICE | SECURED | 14155.00 | 1801.24 | 14155.00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1615.58 | .00 | 739.04 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1587.55 | .00 | 726.22 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 332.03 | .00 | 151.89 |
| CTI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ENTERPRISE | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DENNIS A BREBNER & ASSOC | UNSECURED | 250.00 | .00 | 114.36 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7039.42 | .00 | 3220.17 |
| DREYER MEDICAL CLINIC | UNSECURED | 30.00 | .00 | 13.72 |
| FOX VALLEY FAMILY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 598.85 | .00 | 273.94 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| REGIONAL ADJUSTMENT BURE | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 425.02 | .00 | 194.42 |
| HERBERT STITHDDS | UNSECURED | NOT FILED | .00 | .00 |
| VASC ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY AMBULATORY SURGE | UNSECURED | 615.71 | .00 | 281.66 |

```
JOHN P SCHWULST & ASSOC   UNSECURED       NOT FILED                .00              .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE      817.97                .00           817.97
INTERNAL REVENUE SERVICE  UNSECURED             .00                .00              .00
WELLS FARGO FINANCIAL RE  UNSECURED          879.16                .00           402.17
ECAST SETTLEMENT CORPORA  UNSECURED         1229.42                .00           562.40
        Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   29562.63          .00     14602.74          .00       44165.37
PRINCIPAL PAID       29562.63          .00      6679.99          .00       36242.62
INTEREST PAID         4656.12          .00           .00         .00        4656.12
TOTAL PAID           34218.75          .00      6679.99          .00       40898.74
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   4625.00
and was paid $   1594.80  direct and $   3030.20  through the plan.

The Trustee received $   2114.56 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE